UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

February 07, 2022

Mr. Brian Calandra
Mr. Patrick V. Dahlstrom
Mr. Joseph Alexander Hood II
Mr. Jeremy Alan Lieberman
Pomerantz LLP
Ten South La Salle Street, Suite 3505
Chicago, IL 60303

Mr. John W. Dowdell
Mr. James M. Reed
Hall Estill Law Firm
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706

Mr. Evan R. Hoey
Mr. Geoffrey C. Jarvis
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087

Mr. James W. Johnson
Mr. Francis Paul McConville
Mr. David J. Schwartz
Ms. Irina Vasilchenko
Labaton Sucharow
140 Broadway, 34th Floor
New York, NY 10005

**RE:    22-5013, Meitav Dash Provident Funds and Pension Ltd., et al v. Spirit AeroSystems Holdings, Inc., et al**
Dist/Ag docket: 4:20-CV-00054-SPF-JFJ

Dear Counsel:

Your appeal has been docketed, and the appeal number is above. **Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance** per 10th Cir. R. 46.1(A).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Eric J. Belfi
Mary Quinn Cooper
John Christopher Davis
Jessica L. Dickerson
William B. Federman
Carrington Giammittorio
Daniel Gold
Christopher Joseph Keller
Phillip C. Kim
R Richard Love III
Robert Ritchie
Andrew Rodgers
Laurence Mathew Rosen
Patrick Joseph Smith
Spencer F. Smith

CMW/mlb

# Lynn Tiefenthaler

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Monday, February 7, 2022 5:38 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 22-5013 Meitav Dash Provident Funds and Pension Ltd., et al v. Spirit AeroSystems Holdings, Inc., et al "Civil case docketed" (4:20-CV-00054-SPF-JFJ) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 02/07/2022 at 4:32:15 PM Mountain Standard Time and filed on 02/07/2022

| | |
|---|---|
| **Case Name:** | Meitav Dash Provident Funds and Pension Ltd., et al v. Spirit AeroSystems Holdings, Inc., et al |
| **Case Number:** | 22-5013 |
| **Document(s):** | Document(s) |

**Docket Text:**
[10891426] Civil case docketed. Preliminary record filed. DATE RECEIVED: 02/07/2022 Docketing statement, transcript order form and notice of appearance due 02/22/2022 for City of Miami Fire Fighters and Police Officers Retirement Trust, Meitav Dash Provident Funds and Pension Ltd. and Gary Smith. Notice of appearance due on 02/22/2022 for Shawn Campbell, Jose Garcia, Thomas C. Gentile III, John Gilson and Spirit AeroSystems Holdings, Inc. [22-5013]

**Notice will be electronically mailed to:**

Eric J. Belfi: ebelfi@labaton.com, lpina@labaton.com, electroniccasefiling@labaton.com
Brian Calandra, Attorney: bcalandra@pomlaw.com, ipareja@pomlaw.com, lobas@pomlaw.com, disaacson@pomlaw.com
Mrs. Mary Quinn Cooper: maryquinn.cooper@mcafeetaft.com
Mr. Patrick V. Dahlstrom: pdahlstrom@pomlaw.com
Mr. John Christopher Davis: cdavis@johnson-jones.com, llee@johnson-jones.com
Ms. Jessica L. Dickerson: jessica.dickerson@mcafeetaft.com, cheryl.culwell@mcafeetaft.com
Mr. John W. Dowdell: jdowdell@hallestill.com, lwilliams@hallestill.com, twallace@hallestill.com
Mr. William B. Federman: wbf@federmanlaw.com, law@federmanlaw.com, ngb@federmanlaw.com
Carrington Giammittorio: carrington.giammittorio@haynesboone.com
Daniel Gold: dan.gold@shearman.com
Evan R. Hoey: ehoey@ktmc.com
Joseph Alexander Hood, II: ahood@pomlaw.com
Mr. Geoffrey C. Jarvis: gjarvis@ktmc.com
James W. Johnson: jjohnson@labaton.com, electroniccasefiling@labaton.com, 7592785420@filings.docketbird.com, lpina@labaton.com

Christopher Joseph Keller: ckeller@labaton.com
Phillip C. Kim: pkim@rosenlegal.com
Mr. Jeremy Alan Lieberman: jalieberman@pomlaw.com, disaacson@pomlaw.com
Mr. R Richard Love, III: rlove@cwlaw.com, plynch@cwlaw.com
Francis Paul McConville: fmcconville@labaton.com
Mr. James M. Reed: jreed@hallestill.com, sroberts@hallestill.com
Robert Ritchie: rritchie@velaw.com
Andrew Rodgers: andrew.rodgers@smithvillazor.com
Mr. Laurence Mathew Rosen: lrosen@rosenlegal.com, sfuks@rosenlegal.com
David J. Schwartz: dschwartz@labaton.com, electroniccasefiling@labaton.com, 9307852420@filings.docketbird.com, lpina@labaton.com
Patrick Joseph Smith: patrick.smith@smithvillazor.com
Mr. Spencer F. Smith: lori.wilson@mcafeetaft.com
Ms. Irina Vasilchenko: ivasilchenko@labaton.com, electroniccasefiling@labaton.com, 8032137420@filings.docketbird.com, lpina@labaton.com


The following document(s) are associated with this transaction:
**Document Description:** Preliminary Record
**Original Filename:** Meitav Prelim ROA.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=02/07/2022] [FileNumber=10891426-0]
[6492e6f3b0fb86b6b84a4f49c6a190e9ae7d35c87ad5004699a88165c23ef802b100042fd9c584793e05adacd26eb1b835c
a2f44f10c844cf46cd2fc2a00436d]]

**Document Description:** General Docket Letter - Counsel - Civil
**Original Filename:** /opt/ACECF/live/forms/MichaelBarajas_225013_10891426_277.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=02/07/2022] [FileNumber=10891426-1]
[7939be05a8eaa8d316135001dd0b5495e35a312934c4a962e7fe0dd3e06eed73edef1ae864c7f8cbd6f2b8fc75e2ad195ef
efd8dd64781ccb0d47eea6f21bf3a]]
**Recipients:**

- Eric J. Belfi
- Brian Calandra, Attorney
- Mrs. Mary Quinn Cooper
- Mr. Patrick V. Dahlstrom
- Mr. John Christopher Davis
- Ms. Jessica L. Dickerson
- Mr. John W. Dowdell
- Mr. William B. Federman
- Carrington Giammittorio
- Daniel Gold
- Evan R. Hoey
- Joseph Alexander Hood, II
- Mr. Geoffrey C. Jarvis
- James W. Johnson
- Christopher Joseph Keller
- Phillip C. Kim
- Mr. Jeremy Alan Lieberman
- Mr. R Richard Love, III
- Francis Paul McConville

- [Mr. James M. Reed](#)
- [Robert Ritchie](#)
- [Andrew Rodgers](#)
- [Mr. Laurence Mathew Rosen](#)
- [David J. Schwartz](#)
- [Patrick Joseph Smith](#)
- [Mr. Spencer F. Smith](#)
- [Ms. Irina Vasilchenko](#)